Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 East Ocean Blvd., Suite 420
Long Beach, CA 90802
Tel: (562) 437-7006
Fax: (562) 432-2935

Attorneys for Plaintiff GAILENE ORECCHIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAILENE ORECCHIA, | Case No.: CV 09-1620 GSA |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

TO THE HONORABL GARY S. AUSTIN MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiff may have an extension of time until June 10, 2010, in which to file plaintiff's OPENING BRIEF.

///
///
///
///
///
///

1  The parties request that the judge extend all subsequent dates within
2  the scheduling order accordingly.
3      This request is made at the request of plaintiff's counsel.  Plaintiff's counsel
4  needs additional time to review the record.
5
6  DATE: 5/12/10          Respectfully submitted,
7                              ROHLFING & KALAGIAN, LLP
8
9
10                             BY: *Marc v. Kalagian*
                               Marc V. Kalagian
11                             Attorney for plaintiff
12
13 DATE: 5/12/10          BENJAMIN B. WAGNER
                               United States Attorney
14                             LEON W. WEIDMAN
                               Chief, Civil Division
15
16                             /s/ -*Kathryn R. Watson*
17                             Kathryn R. Watson
                               Special Assistant United States Attorney
18                             Attorneys for Defendant
                               [*By email authorization on May 12, 2010]
19
20
21 **IT IS SO ORDERED**.
22 Dated: May 13, 2010         /s/ Gary S. Austin
                               UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28