Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAILENE ORECCHIA, | Case No.: CV 09-1620 GSA |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

///

-1-

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3  captioned matter be dismissed with each side to bear its own costs.

DATE: 5/24/10                    Respectfully submitted,

                                 ROHLFING & KALAGIAN, LLP


                                 */s/-Marc V. Kalagian*
                                 Marc V. Kalagian
                                 Attorney for Plaintiff


DATE: 5/24/10                    BENJAMIN B. WAGNER
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Chief Civil Division



                                 */s/-Kathryn R. Watson*
                                 Kathryn R. Watson
                                 Special Assistant United States Attorney
                                 Attorney for Defendant
                                 [*By email authorization on May 24, 2010]


IT IS SO ORDERED


Dated: May 24, 2010              ___/s/ Gary S. Austin_____
                                 UNITED STATES MAGISTRATE JUDGE